United States Courts
Southern District of Texas
FILED

SEP - 7 2010

Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | 4:10-CV-02743 |
| | * | |
| 29,450 in U.S. CURRENCY | * | |
| | * | |
| | * | |
| | * | |

## CLAIM FOR SEIZED PROPERTY

NOW INTO COURT, comes ATAUR RAHMAN, in his own proper person as CLAIMANT who pursuant to Supplemental Admiralty Rule C(6) of the Federal Rules of Civil Procedure presents this CLAIM and asserts that he has a valid ownership and/or possessory interest and is the lawful owner in the following defendant property:

The sum of approximately $29,450 in U.S. currency seized from his person and baggage on or about June 30, 2010 at the George Bush International Airport in Houston, Texas, and which is the subject matter of these proceedings.

Claimant opposes the government's effort to forfeit his property and desires to defend against any forfeiture proceeding against his property in the United States District Court.

WHEREFORE, CLAIMANT PRAYS, that this Claim be filed and that his interest in the defendant property be recognized.

Respectfully Submitted,

_____
ATAUR RAHMAN, Claimant

4234 Chadsworth Lane
Port Orange, FL  32129
Telephone: 386-767-7682

## VERIFICATION

I declare under penalty and perjury, as provided by 28 U.S.C. 1746, that I have read the foregoing Claim, understand its contents, did execute it as a free act and deed, and certify that the contents thereof are true and correct to the best of my knowledge, information and belief on this 26 day of August, 2010.

_____
ATAUR RAHMAN

## CERTIFICATION OF SERVICE

I hereby certify that on August 26, 2010, I filed the foregoing with the Clerk of this Court and upon Hon. Albert Ratliff, Assistant United States Attorney at their respective Official Addresses in the City of Houston, Texas by United States Mail, First-Class postage prepaid.

_____
ATAUR RAHMAN