UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-10-2743 |
| | § | |
| $29,540.00 IN U.S. CURRENCY, | § | |
|    *Defendant*. | § | |

**AGREED FINAL JUDGMENT OF FORFEITURE**

The agreed motion for a final judgment of forfeiture (Dkt. 11) is GRANTED. It is therefore ORDERED that:

1. $14,770.00 of defendant in rem is forfeited to the United States. The United States Department of Homeland Security shall legally dispose of these funds;

2. The United States Department of Homeland Security shall return $14,770.00 of defendant in rem (less any debt owed to the United States, any agency of the United States, or any other debt in which the United States in authorized to collect) to Ataur Rahman, claimant, by sending a check payable to Ataur Rahman, Port Orange, FL;

3. The claimant will hold the United States, including its employees, agents and assignees harmless for any damages or causes of action relating to this action;

4. All parties will bear their costs including attorneys' fees; and,

5. Any relief not specifically granted is denied.

This is FINAL JUDGMENT.

Signed at Houston, Texas on September 30, 2010.

_____
Gray H. Miller
United States District Judge